Derek J. Ashton, OSB 871552
dashton@sussmanshank.com
Hansary Laforest, OSB No. 182698
hlaforest@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
    *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT LESTER, <br><br>    Plaintiff, <br><br>v. <br><br> KULWANT SINGH and NEW LEGEND INC., a foreign business corporation, <br><br>    Defendants. | Case No. 3:31-CV-01061 <br><br> **NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendants Kulwant Singh ("Defendant Singh") and New Legend Inc. ("New Legend") (collectively, "Defendants"), by and through counsel, file this Notice of Removal of this case from the Circuit Court of the State or Oregon for the County of Multnomah to the United States District Court of Oregon, Portland Division. This Notice of Removal is supported by the accompanying Declaration of Manny Singh in Support of Defendants' Notice of Removal ("Singh Declaration"). In support of this Notice of Removal, Defendants state as follows:

Page 1 – **NOTICE OF REMOVAL**

1. On or about June 18, 2021, Plaintiff Robert Lester ("Plaintiff") a filed a complaint in the Multnomah County Circuit Court against Defendants, attached to this Notice as <u>Exhibit 1</u>. Plaintiff alleges claims for negligence relating to an accident that occurred on July 2, 2019, in Portland, Multnomah County, Oregon.

2. This Court has jurisdiction pursuant to 28 USC § 1332. There is complete diversity between the parties.

3. Upon information and belief, Plaintiff is domiciled in Oregon. Singh Declaration ¶ 2.

4. New Legend is a business corporation organized under the laws of the State of California with its principal place of business in California. Singh Declaration ¶ 3.

5. At all material times, Defendant Singh was an employee of New Legend. Singh Declaration, ¶ 4. At the time Plaintiff's complaint was filed, Defendant Singh was domiciled in California. *Id*. An individual is a citizen of the state in which they have their domicile, *i.e.*, a permanent home where they intend to remain. *Kanter v. Warner-Lambert Co.*, 265 F3d 853, 857 (9th Cir 2001).

6. The amount in controversy exceeds the Court's jurisdictional threshold of $75,000. In their Complaint, plaintiff seeks damages in excess of $869,000. Exhibit 1, ¶¶ 10-12.

7. Venue in this Court is proper as the Complaint was filed in Oregon.

8. This Notice of Removal is being filed within 30 days of Defendants having obtained of a copy of the initial pleading that was filed on June 18, 2021. It is therefore timely filed. *See* 28 U.S.C. § 1446(b).

9. This Notice of Removal will be contemporaneously served on Plaintiff. A *Notice of Removal to Federal Court* (attached as <u>Exhibit 2</u>) will be filed in the Multnomah County

Page 2 – **NOTICE OF REMOVAL**

Circuit Court as soon as this Notice of Removal has been filed in this Court.

**WHEREFORE**, Defendants pray that this action be and remain removed from the Multnomah County Circuit Court and that this Court accept jurisdiction, with venue in the Portland Division.

DATED this 16th day of July, 2021.

        SUSSMAN SHANK LLP

        By */s/ Hansary Laforest*
           Derek J. Ashton, OSB 871552
           Hansary Laforest, OSB No. 182698
           (503) 227-1111
              *Attorneys for Defendants*

Page 3 – **NOTICE OF REMOVAL**

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2021, I caused to be served a full and exact copy of the foregoing **NOTICE TO OF REMOVAL** on the following persons:

> James W. Hendry, OSB 832350
> Brownstein Rask LLP
> 1 SW Columbia Street, Suite 900
> Portland, OR 97204
> jhendry@brownsteinrask.com
> *Attorneys for Plaintiff*

by the following indicated method(s):

- ☒ First Class Mail, postage prepaid, deposited in the US mail at Portland, OR
- ☐ Hand delivery
- ☐ Facsimile transmission
- ☐ Overnight delivery
- ☒ Email (courtesy copy)
- ☒ Electronic filing notification

Dated:        July 16, 2021

> */s/ Hansary Laforest*
> Derek J. Ashton, OSB 871552
> Hansary Laforest, OSB No. 182698

Page 4 – **NOTICE OF REMOVAL**